# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
EILEEN MINNEFOR
JAMES I. WASSERMAN
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

November 21, 2014

By ECF
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Andy Maccow
Docket No. S1 13 Cr. 811 (ALC)

Dear Judge Carter:

As the Court is aware, I am the CJA appointed counsel representing the defendant Andy Maccow in the above-referenced criminal action.

Because of certain matters that have come to my attention in the course of my representation, I am proposing the enclosed Order for the Court's consideration. I have been told that the government, by Assistant United States Attorney Jason Masimore, consents to my application.

I am prepared at the Court's convenience or direction to respond to any questions or concerns.

Thank you for your consideration of this request.

Respectfully yours,

Walter Mack

Enc.

cc: AUSA Jason Masimore
(Via e-mail & ECF)