UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | S1 13 Cr. 811 (ALC) |
| v. | : | |
| ANDY MACCOW, | : | **ORDER** |
| Defendant. | : | 11-24-14 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UPON THE APPLICATION of Walter Mack, Esq., counsel for the defendant, Andy Maccow, with the consent of the government by Assistant United States Attorney Jason Masimore,

IT IS HEREBY ORDERED that Dr. Cheryl Paradis, PSY.D., Licensed Psychologist, is hereby appointed to conduct an examination of the defendant Andy Maccow in order to determine whether the defendant is suffering from any mental disease or defect, behavioral or medical characteristic or disorder which would assist the Court in determining the most appropriate sentence for this defendant; and

IT IS HEREBY FURTHER ORDERED that the Warden of the Metropolitan Correctional Center (hereinafter "MCC") 150 Park Row, New York, New York, permit Dr. Cheryl Paradis, a qualified and licensed psychologist, to conduct an examination of the defendant, Andy Maccow, (U.S. Marshal Inmate Number 92123-054), at the MCC at mutually convenient time(s) to determine the defendant's mental condition, history and personal characteristics and that for each visit, Dr. Paradis shall be permitted to meet with Mr. Maccow in a private room in the attorney visiting area for as long as needed and that Dr. Paradis is authorized to bring any necessary paper tests, material and records with her into the facility for

her meeting(s) with defendant Maccow; and

IT IS HEREBY FURTHER ORDERED that Dr. Paradis prepare a report of defendant Andy Maccow's mental condition, history and personal characteristics in order to assist the Court and counsel for both sides in a determination whether there are needed medical care, training, rehabilitative services or other forms of treatment which should be appropriately considered by the Court for sentencing purposes pursuant to Section 3553 (a); and

IT IS HEREBY FURTHER ORDERED that Dr. Cheryl Paradis, PSY.D. may be compensated at the rate of $275.00 per hour for her services in conducting said examination, preparing said report and testifying at any hearing should that be necessary.

Dated: November 24, 2014
New York, New York

SO ORDERED:

Andrew L. Carter, Jr.
United States District Judge