**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2015

**BY ECF**

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
New York, New York 10007

4-29-15

Re: *United States v. Araujo, et al. (Andy Maccow)*, 13 Cr. 811 (ALC)

Dear Judge Carter:

     We write with the consent of the defendant and his counsel to request an adjournment of the sentencing continuation hearing currently scheduled to take place on April 30, 2015 until a date and time at the Court's convenience in early July 2015.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

                      by: _S/_____
                          Jason A. Masimore
                          Assistant United States Attorney
                          (212) 637-2580

cc: Walter Mack, Esq. (by ECF)

---

*Application granted. Sentencing adjourned to 7/17/15 at 10:00 a.m. So Ordered.*

*/s/ Andrew L. Carter*
4-29-15